UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE HUMES | : | |
| VS. | : | NO. 3:14cv106(AWT) |
| KEVON BRYCE | : | DECEMBER 14, 2015 |

## TRIAL MEMORANDUM

**(1)    TRIAL COUNSEL**

    John R. Williams
    Joseph M. Merly
    51 Elm Street
    New Haven, CT 06510
    203-562-9931
    Fax: 203-776-9494

**(2)    JURISDICTION**

    The basis for the court's subject matter jurisdiction is Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

**(3)    JURY-NONJURY**

    This is a nonjury case.

**(4)   NATURE OF THE CASE**

This is an action for false arrest, malicious prosecution and unreasonable force.  The plaintiff was employed by Aron Security, Inc., under contract to the Housing Authority of the City of New Haven, where she was assigned as a security guard at the NANH building located at 358 Orange Street in New Haven.  The defendant is a New Haven police officer.

On the afternoon of October 11, 2013, at the plaintiff's aforesaid place of employment, while the plaintiff was on duty, the defendant arrested her, handcuffed her, and took her into custody without a warrant.  The defendant charged the plaintiff with interfering with an officer.  During the course of the arrest, the defendant intentionally and maliciously affixed handcuffs with excessive tightness to the plaintiff's wriste and then violently raised and lowered her repeatedly and roughed her up, all for no reason other than to inflict injury and humiliation upon the plaintiff.  There was no probable cause for the plaintiff's arrest.  There was no excuse or justification for making the arrest without a warrant.  The defendant knew that the plaintiff was innocent but arrested her solely for the improper and malicious purpose of inflicting gratuitous injury upon her.  As a result of the arrest, the plaintiff was terminated from her job.  On January 22, 2014, all charges against the plaintiff were nolled because she was innocent.

**(5)    STIPULATIONS OF FACT AND LAW**

1. At all pertinent times, the defendant was acting under color of law.

2. At all pertinent times, the defendant was acting in his capacity as a New Haven police officer.

3. At the time of the events in question, the plaintiff was employed as a security guard at the New Haven Housing Authority building located at 358 Orange Street in New Haven.

4. On October 10, 2013, at the plaintiff's place of employment, the plaintiff was arrested by the defendant without a warrant and charged with interfering with an officer.

5. Following her arrest, the plaintiff was transported to the lockup facility located at One Union Avenue in New Haven, where she went through the booking process.

**(6)    PLAINTIFF'S CONTENTIONS**

See Section (4), above.

**(7)    DEFENDANT'S CONTENTIONS**

Defendant denies violating any of the plaintiff's rights and asserts the affirmative defense of qualified immunity.

**(8)    LEGAL ISSUES**

None.

**(9)    LIST OF WITNESSES**

The plaintiff will testify concerning all allegations of the Complaint.

The defendant will testify concerning his interactions with the plaintiff.

Joseph Birch will testify to his observations at the time of the incident.

Michael Brown will testify to his observations at the time of the incident.

Maria Mauldon, APRN, Fair Haven Clinic, 374 Grand Avenue, New Haven, CT 06513, will testify concerning the plaintiff's injuries and treatment for same.

Shaniqe Gibbs, 358 Orange Street, New Haven, CT 06510, will testify to her observations at the time of the incident.

**(10)   EXHIBITS**

1    Medical records from Fair Haven Clinic

2    Plaintiff's pay records

3    New Haven Police Department Personal Property Receipt

4    Correspondence from Connecticut Bail Commission

5    Correspondence from Office of the Public Defender

**(11)   DEPOSITIONS**

None.

**(12)   ANTICIPATED EVIDENTIARY PROBLEMS**

None.

**(13)   PROPOSED FINDINGS AND CONCLUSIONS**

Plaintiff requests that this submission be deferred until after the presentation of evidence.

**(14)   TRIAL TIME**

One day.

**(15)   COURTROOM TECHNOLOGY**

Not applicable.

**(16)   FURTHER PROCEEDINGS**

None.

**(17)   ELECTION FOR TRIAL BY MAGISTRATE**

The parties do not agree.

        THE PLAINTIFF

BY:       /s/
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com
        Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/
        JOHN R. WILLIAMS